MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

JAMES TERRY HENRIKSON, a/k/a
James Henrickson,
a/k/a Cole Johnson,
a/k/a James Vanderbilt;
TIMOTHY EUGENE SUCKOW;
TODD DAVID BATES;
ROBERT ANDREW DELAO;
LAZARO TOMAS PESINA; and
ROBBY JOE WAHRER,

                              Defendants.

14-CR-124-SMJ-1
14-CR-124-SMJ-2
14-CR-124-SMJ-3
14-CR-124-SMJ-4
14-CR-124-SMJ-5
14-CR-124-SMJ-6

United States' Notice of Intent to
Use Expert Testimony

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney, for the Eastern District of Washington, and Aine Ahmed and Joseph H. Harrington, Assistant United States Attorneys for the Eastern District of Washington, submits the respectfully submits the following information/notice, pursuant to Fed. Rule Evid. 16(a)(1)(E), of the Government's Intent to Use Expert Testimony.

United States' Notice of Intent to Use Expert Testimony - 1
P41229rc.aaa.docx

The discovery previously provided and the Rule 16 disclosures filed as attachments to this pleading provide the basis and reasons supporting the opinion of each expert.

The United States reserves the right to amend this notice for newly discovered expert witnesses and rebuttal expert witnesses, the significance of which may have previously been overlooked.

The United States expects to call Natalie A. Shrum, Forensic Specialist, employed by the Spokane County Sheriff's Office.  Ms. Shrum photographically documented the autopsy and obtained friction ridge exemplars from the palms and fingers of Douglas Carlile and performed a metal detection test utilizing the Mine Sweeper metal detector on three different rods.  Ms. Shrum will testify consistent with her reports which have previously been provided in discovery.  Ms. Shrum's curriculum vitae and Rule 16 letter is attached.  See Attachment A.

The United States expects to call Trayce Boniecki, Forensic Specialist, employed by the Spokane County Sheriff's Office.  Ms. Boniecki video graphically documented and assisted with evidence search and collection at the crime scene located at 2505 S. Garfield, Spokane, Washington. Ms. Boniecki also conducted the fingerprint analysis on items of evidence connected with this case.  Ms. Boniecki also photographed the interior and exterior of a 1995 Chevrolet Extended Van and processed the vehicle for fingerprints.  Ms. Boniecki also photographed Item No. 130 which is a black duffle bag and its contents. Ms. Boniecki will testify consistent with her reports which have previously been provided in discovery.  Ms. Boniecki's curriculum vitae and Rule 16 letter are attached.  See Attachment B.

The United States expects to call Jodie M. Dewey, who is a Forensic Lead Specialist, employed by the Spokane County Sheriff's Office.  Ms. Dewey

United States' Notice of Intent to Use Expert Testimony - 2
P41229rc.aaa.docx

photographically documented the scene at 2505 S. Garfield, Spokane, Washington, and the dirt trail at 915 E. 24th, Spokane, Washington, and the surrounding areas.  Ms. Dewey also conducted the fingerprint analysis on items of evidence connected with this case.  Ms. Dewey will testify consistent with her reports which have previously been provided in discovery.  Ms. Dewey's curriculum vitae and Rule 16 letter are attached.  See Attachment C.

The United States expects to call Lori Preuninger, Forensic Specialist, employed by the Spokane County Sheriff's Office.  Ms. Preuninger will testify consistent with her reports which have previously been provided in discovery.  Ms. Preuninger's curriculum vitae and Rule 16 letter are attached. See Attachment D.

The United States expects to call Charles Hause, Forensic Technician, employed by the Spokane County Sheriff's Office.  Mr. Hause shadowed Forensic Specialist Jodie Dewey and Trayce Boniecki while they processed the crime scene located at 2505 S. Garfield, Spokane, Washington.  Mr. Hause also photographed storage Unit Q-198 and G-26 and their surrounding areas and assisted with evidence search and collection.  Mr. Hause will testify consistent with his reports which have previously been provided in discovery.  Mr. Hause's curriculum vitae and Rule 16 letter are attached.  See Attachment E.

The United States expects to call Lacey (Larissa) Miller, Forensic Technician, employed by the Spokane County Sheriff's Office.  Ms. Miller photographically documented and assisted in evidence collection at the scene at 2724 N. Garry-Laurie Ct., Spokane, Washington.  Ms. Miller also conducted the fingerprint analysis on items of evidence connected with this case.  Ms. Miller will testify consistent with her reports which have previously been provided in discovery.  Ms. Miller's curriculum vitae and Rule 16 letter are attached.  See Attachment F.

United States' Notice of Intent to Use Expert Testimony - 3
P41229rc.aaa.docx

The United States expects to call Glenn Davis, who is a Forensic Scientist employed by the Washington State Patrol Crime Laboratory.  His reports have been previously provided in discovery and are attached hereto.  Mr. Davis examined and test fired firearms and ammunition which were items of evidence connected with this case.  Mr. Davis will testify consistent with his reports which have previously been provided in discovery.  Mr. Davis' curriculum vitae is attached.  See Attachment G.

The United States expects to call Anna Wilson, who is a Forensic Scientist employed by the Washington State Patrol Crime Laboratory.  Her reports have been previously provided in discovery and are attached hereto.  Ms. Wilson conducted the DNA analysis on items of evidence connected with this case.  Ms. Wilson will testify consistent with her reports which have previously been provided in discovery.  Ms. Wilson's curriculum vitae is attached.  See Attachment H.

The United States expects to call Susan Wilson, who is a Botanist employed by the Washington State Patrol Crime Laboratory.  Her reports have been previously provided in discovery and are attached hereto.  Ms. Wilson conducted botanical analysis on items of evidence connected with this case.  Ms. Wilson will testify consistent with her reports which have previously been provided in discovery.  Ms. Wilson's curriculum vitae is attached.  See Attachment I.

The United States expects to call Trevor Allen, who is a Forensic Scientist employed by the Washington State Patrol Crime Laboratory.  Mr. Allen performed the 3D scene recreation which has been provided in discovery.  Mr. Allen's curriculum vitae is attached.  See Attachment J.

The United States expects to call John D. Howard, M.D., Medical Examiner and Forensic Pathologist, Office of the Medical Examiner, Spokane County.  Dr. Howard will testify consistent with his reports which have previously been

United States' Notice of Intent to Use Expert Testimony - 4
P41229rc.aaa.docx

provided in discovery as well as the photographs from the autopsy. Dr. Howard's curriculum vitae is attached. See Attachment K.

The United States expects to call Special Agent Jennifer Banks, Federal Bureau of Investigation. Ms. Banks conducted cell site tracking. Ms. Banks will testify consistent with her reports which have previous been provided in discovery. Ms. Banks' curriculum vitae is attached. See Attachment L.

The United States expects to call Cory J. Pritchard, Computer Forensic Examiner, Federal Bureau of Investigation, Computer Analysis Response Team. Mr. Pritchard conducted analysis on computers associated with this case. Mr. Pritchard will testify consistent with his reports which have previous been provided in discovery. Mr. Pritchard's curriculum vitae is attached. See Attachment M.

The United States expects to call Matthew Robinson, Civilian Member Criminal Intelligence Analyst with the Royal Canadian Mounted Police. Mr. Robinson conducted cell site analysis associated with this case. Mr. Robinson will testify consistent with his reports which have previous been provided in discovery. Mr. Robinson's curriculum vitae is attached. See Attachment N.

Dated: December 29, 2014.

MICHAEL C. ORSMBY
United States Attorney

*s/Aine Ahmed*
Aine Ahmed
Assistant United States Attorney

*s/Joseph H. Harrington*
Joseph H. Harrington
Assistant United States Attorney

United States' Notice of Intent to Use Expert Testimony - 5
P41229rc.aaa.docx

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark E. Vovos
Attorney at Law
1309 West Dean, Suite 100
Spokane, Washington 99201

Todd Jeffrey Maybrown
Allen Hansen & Maybrown
3020 One Union Square
600 University Street
Seattle, Washington 98101

Roger Peven
Attorney at Law
1403 West Broadway
Spokane, Washington 99201

Douglas Phelps
Phelps & Associates
2903 North Stout Road
Spokane, Washington 99206

Andrea George
Federal Defenders of Eastern Washington & Idaho
10 North Post, Suite 700
Spokane, Washington 99201

John Perry
Attorney at Law
1309 W. Dean Avenue, Suite 101
Spokane, Washington 99201

Christian J. Phelps
Law Offices of Christian J. Phelps
921 West Broadway, Suite 201
Spokane, Washington 99201

*s/ Aine Ahmed*
Aine Ahmed
Assistant United States Attorney

United States' Notice of Intent to Use Expert Testimony - 6
P41229rc.aaa.docx